AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Georgia

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
10:29 am, Apr 10, 2019
JEFFREY P. COLWELL, CLERK

| United States of America | ) Colorado Case No. 19-mj-00092-KLM |
| v. | ) |
| | ) Case No. 5:18-CR-56-006-TES |
| | ) 1820 0816 2686J |
| | ) Fid 10663568 |
| MELVIN HENRY | ) |
| *Defendant* | |

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  MELVIN HENRY                                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Bank Fraud

Date:   August 16, 2018                       s/ Gail G. Sellers
                                              *Issuing officer's signature*

City and state:   Athens, Georgia             Gail G. Sellers, Deputy Clerk
                                              *Printed name and title*

### Return

| This warrant was received on *(date)* 08-16-18, and the person was arrested on *(date)* _____ |
| at *(city and state)* _____. |
| Date: _____   _____ |
|                        *Arresting officer's signature* |
|                        _____ |
|                        *Printed name and title* |

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

INDICTMENT COVER AND INFORMATION SHEET

SEALED ( )    UNSEALED (X)

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : CRIMINAL NO. 5:18-CR- 56 |
| vs. | : |
| | : COUNTY: BIBB |
| MELVIN HENRY | : |
| | : |

Return Date: 08/14/2018              AUSA: C. SHANELLE BOOKER
                                                                  626-826-1352
Agency: USPIS                               Agent: Ernest Williams (478-752-8406)

**OCDETF Case ( ) YES  ( X ) NO  IF YES OCDETF CASE No.**

A.   Clerk Issue:   Summons: _____   Warrant: _X_

   **NOTE:**   ISSUE ALL ORIGINAL ARREST WARRANTS TO U.S. MARSHAL, MDGA, ONLY. THE CLERK SHALL NOT ISSUE COPIES OF ARREST WARRANTS, WHETHER CERTIFIED OR NOT, TO ANY LAW ENFORCEMENT AGENCY. ANY LAW ENFORCEMENT AGENCY IN NEED OF COPIES SHALL OBTAIN THEM FROM THE U.S. MARSHAL'S OFFICE.

B.   Warrant(s) to be executed by:

   U.S. Marshal (X)   Other ( ) Specify:

   Note: All executed arrest warrants shall be returned to the U.S. Marshal.

C.   Information for arresting officer:

   1.   Are state or local charges pending on this defendant for the same offense charged in this indictment?

      (X) Yes      ( ) No      ( ) Unknown, but possibly.

      If yes, was defendant previously arrested on the state and local charges for the same offense?

      (X) Yes      ( ) No      ( ) Unknown

      If yes, is defendant still in custody?

      ( ) Yes      ( ) No      (X) Unknown

      If yes, where is defendant incarcerated? – Houston County, Georgia

    2.    Attorney for Defendant (if any):

         Name: Unknown

         Address:

         Telephone:

D.    Assistant United States Attorney's recommendation for bond:

      Amount: $ DETAIN

E.    Has a court appearance been scheduled?  ( ) Yes   ( X ) No

    If yes, date and time: _____

F.    Identifying data of defendant:

    Sex: ▇▇▇▇  Height: ▇▇
    Race: ▇▇▇▇ Weight: ▇▇
    DOB: ▇▇▇▇  Hair: ▇▇
    SSN: ▇▇▇▇  Eyes: ▇▇

    State ID:_____   FBI#: _____   Alien #_____

    History of violence? ( ) Yes   ( ) No   (X) Unknown

    History of mental problems? ( ) Yes   ( ) No   ( X ) Unknown

    History of medical problems? ( ) Yes   ( ) No   ( X ) Unknown

      If yes, what type of medical?

Last known address:   121 Mauldon Court, Warner Robins, GA 31093

G.    Action requested from U.S. Marshal's Service:

    ___   Request USMS make **NCIC** entry

    _X_   Refer apprehension responsibility to USMS

    ___   Request joint apprehension

    ___   Agency will arrest **without** USMS assistance

    ___   Voluntary surrender in lieu of arrest (All Coordination **must** be accomplished through the Marshal's Service)

August 14, 2018

by: AUSA C. SHANELLE BOOKER         DATE

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 5:18-CR- SC6 |
| | : | |
| v. | : | VIOLATIONS: |
| | : | |
| (1) MOZELL WRIGHT, JR., | : | 18 U.S.C. § 1344 |
| (2) SEQUOIA SUTTON, | : | 18 U.S.C. § 1349 |
| (3) BRADLEY RUMPH, JR., | : | 18 U.S.C. § 1708 |
| (4) SYRIE STEPHANIE PRICE, | : | 18 U.S.C. § 2 |
| (5) SIERRA MONAE LANE, | : | |
| (6) MELVIN HENRY, | : | |
| (7) DEMETRIAS WALKER, and | : | |
| (8) TARA BLANKS, | : | |
| | : | |
| Defendants. | : | |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNTS ONE THROUGH SIX
(Bank Fraud)

On or about the dates identified in the chart below, each row constituting a separate Count, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the Defendants, aided abetted by each other, and others known and unknown to the Grand Jury, knowingly executed a scheme to obtain money, assets, and property under the custody and control of a financial institution by means of materially false and fraudulent pretenses,

representations and promises, by depositing, cashing, and negotiating checks which included the identifying information of R.L. on the face of each check:

| COUNT | DATE CHECK WAS NEGOTIATED | DEFENDANTS | PAYEE INFORMATION ON CHECK | AMOUNT OF CHECK |
|---|---|---|---|---|
| 1 | 03/30/2017 | MOZELL WRIGHT, JR. BRADLEY RUMPH, JR. | BRADLEY RUMPH, JR. | $400.00 |
| 2 | 04/06/2017 | MOZELL WRIGHT, JR SYRIE STEPHANIE PRICE | SYRIE STEPHANIE PRICE | $850.65 |
| 3 | 04/15/2017 | MOZELL WRIGHT, JR. | MOZELL WRIGHT, JR. | $3,850.00 |
| 4 | 04/19/2017 | MOZELL WRIGHT, JR. DEMETRIAS WALKER | DEMETRIAS WALKER | $2,850.00 |
| 5 | 04/19/2017 | MOZELL WRIGHT, JR. SIERRA MONAE LANE | SIERRA MONAE LANE | $2,670.20 |
| 6 | 04/16/2017 – 04/22/2017 | MOZELL WRIGHT, JR. MELVIN HENRY | MELVIN HENRY | $3,850.00 |
| TOTAL | | | | $14,470.85 |

all in violation of Title 18, United States Code, Section 1344, in connection with, Title 18, United States Code, Section 2.

## COUNTS SEVEN THROUGH EIGHT
### (Attempted Bank Fraud)

On or about the dates identified in the chart below, each row constituting a separate Count, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the Defendants, aided abetted by each other, and others known and unknown to the Grand Jury, knowingly attempted to

2

execute a scheme to obtain money, assets, and property under the custody and control of a financial institution by means of materially false and fraudulent pretenses, representations and promises, by attempting to deposit, cash, and negotiate checks which included the identifying information of R.L. on the face of each check:

| COUNT | DATE CHECK WAS NEGOTIATED | DEFENDANTS | PAYEE INFORMATION ON CHECK | AMOUNT OF CHECK |
|---|---|---|---|---|
| 7 | 04/11/2017 – 04/12/2017 | MOZELL WRIGHT, JR. SEQUOIA SUTTON | SEQUOIA SUTTON | $475.00 |
| 8 | 05/17/2017 | MOZELL WRIGHT, JR. TARA BLANKS | TARA BLANKS | $850.00 |
| TOTAL | | | | $1,325.00 |

all in violation of Title 18, United States Code, Sections 1344 and 1349, in connection with, Title 18, United States Code, Section 2.

## COUNT NINE
(Possession of Stolen Mail)

On or about May 18, 2017, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court,

**MOZELL WRIGHT, JR.,**

Defendant herein, did unlawfully have in his possession a letter and mail matter which had been stolen and taken out of any United States mail, post office, letter box, mail receptacle, mail route and any authorized depository for mail matter, knowing the same to have been stolen and taken, that is the items as specified in the chart below:

3

|    | MAIL ITEM | IDENTIFYING INFORMATION |
|----|-----------|-------------------------|
| 1. | Citi Health Card Account Statement | Name, address, and account number of lawful owner R.D.S. |
| 2. | Vanguard Money Market Fund Account Statement | Name, address, and account number of lawful owner J.A.P. |
| 3. | IRS Tax Penalty Statement | Social Security number ending in 0908 |
| 4. | Georgia Income Tax Withholding Schedule | Name of lawful owner G.W. |
| 5. | IRS Form W-4 | Name, address, and social security number of lawful owner G.W. |
| 6. | Independent Mutual Fire Insurance Co. Billing Statement | Name, address, and policy number of lawful owner M.B. |
| 7. | Chase Auto Finance Billing Statement | Name and account number of lawful owner K.C. |
| 8. | Wages and Earning Statement from Tyonek Manufacturing Group, Inc. dated 12/29/16 | Name, address, and bank account number of lawful owner J.L.C. |
| 9. | Georgia Department of Revenue Vehicle Registration Renewal Notice | Name and address of lawful owner J.A.P. |
| 10. | Verizon Account Statement | Name and address of lawful owner J.C. |
| 11. | Wages and Earning Statement from Tyonek Manufacturing Group, Inc. dated 01/26/17 | Name, address, and bank account number of lawful owner J.L.C. |
| 12. | City of Warner Robins Utility Service Application | Name, address, and social security number of lawful owner D.C. |
| 13. | Social Security Benefits Statement | Name, address, and claim number of lawful owner D.C. |

4

|  | MAIL ITEM | IDENTIFYING INFORMATION |
|---|---|---|
| 14. | Transamerica Premier Life Insurance Company Billing Statement | Name, address, account number of lawful owner M.O.B. |
| 15. | Georgia Military College Tuition Statement (IRS Form 1098-T) | Name, address, and social security number of lawful owner A.S.W. |
| 16. | Wells Fargo Mortgage Interest Statement (IRS Form 1096) | Name, address, and taxpayer identification number of lawful owner H.J.M. |
| 17. | Blank Check and Wells Fargo Payment Record | Name, address and account number of lawful owner T.S.H. |
| 18. | Bank of America Account Statement | Name, address, and account number of lawful owner R.L. |
| 19. | Blank Checks from Bank of America | Name, address, and account number of lawful owner R.L. |
| 20. | Houston Healthcare Letter | Name and address of lawful owner J.B. |
| 21. | Atlanta Postal Credit Union Interest Statement (IRS Form 1099-INT) | Name, address, and identification number of lawful owner J.B.B. |
| 22. | Allianz Life Insurance Company Retirement Account Statement (IRS Form 1099-R) | Name, address, identification number, and account number of lawful owner J.B.B. |
| 23. | Office of Personnel Management Annuity Statement (IRS Form 1099-R) | Name, address, identification number, and account number of lawful owner J.B.B. |
| 24. | Robins Financial Credit Union Interest Statement (IRS Form 1099-INT) | Name, address, and identification number of lawful owner G.B. |
| 25. | Affidavit Regarding Citizenship for Georgia Professional Licensing Boards | Name of lawful owner S.A.L. |
| 26. | Health Coverage Statement (IRS Form 1095-B) | Name, address, and social security number of lawful owner A.G.E. |

| | MAIL ITEM | IDENTIFYING INFORMATION |
|---|---|---|
| 27. | Social Security Administration Representative Payee Report | Name, address, and social security number of lawful owner S.L.S. |
| 28. | Bank of America Safe Deposit Box Notice | Name, address, and account number of lawful owners L.A. and V.R.L.A. |
| 29. | Georgia Department of Revenue Individual Income Tax Statement | Social security number ending in 2178 |
| 30. | Lincoln Life Insurance Company Statement | Name, address, and policy number of lawful owner C.L.R. |
| 31. | Combined Employees Credit Union Account Statement | Name, address, and account number of lawful owner C.B.C. |
| 32. | Health Coverage Statement (IRS Form 1095-C) | Name, address, and social security number of lawful owner K.R.J. |
| 33. | Medicare Summary Notice | Name, address, and Medicare number of lawful owner B.M.G. |
| 34. | State Home Mortgage Loan Statement | Name, address, and loan number of lawful owner R.K.T. |
| 35. | Warner Robins CME Church Contribution Statement | Name and address of lawful owner C.W. |
| 36. | Vehicle Assurance Extended Vehicle Service Plan Letter | Name, address, and identification number of lawful owner T.B. |
| 37. | Health Coverage Statement (IRS Form 1095-B) | Name, address, and social security number of lawful owner T.B., C.K.A., and R.L.B. |
| 38. | Macy's Credit Card Letter | Name and address of lawful owner G.S. |
| 39. | PayPal Credit Letter | Name and account number of lawful owner T.G. |
| 40. | Department of Labor Separation Notice | Name and address of lawful owner J.H. |

| | MAIL ITEM | IDENTIFYING INFORMATION |
|---|---|---|
| 41. | Capital One Credit Card Letter | Name and address of lawful owner B.J.M. |
| 42. | Discover Personal Loans Letter | Name and address of lawful owner of L.J.B. |
| 43. | IRS Tax Payment Notice | Name, address, and social security number of lawful owner G.I.F. |
| 44. | Visa Prepaid Card Letter | Name, address, and account number of lawful owner D.B. |
| 45. | Bank of America MasterCard Letter | Name and address of lawful owner G.B. |
| 46. | Western Union MasterCard Letter | Name and address of lawful owner K.W. |
| 47. | Health Coverage Statement (IRS Form 1095-B) | Name, address, and social security number of lawful owner G.L.F. |
| 48. | Wells Fargo Miscellaneous Income Statement (IRS Form 1099-MISC) | Name, address, and identification number of lawful owner J.P. |
| 49. | Progressive Financial Services Billing Statement | Name and address of lawful owner J.A.P. |
| 50. | Flint Energies Account Statement | Name, address, and account number of lawful owner J.A.P. |
| 51. | Robins Financial Insurance Benefit Statement | Name and address of lawful owner J.L.C. |
| 52. | Robins Financial Credit Union Interest Statement (IRS Form 1099-INT) | Name, address, account number and identification number of lawful owner J.A.P. |
| 53. | Warner Robins Municipal Court License Suspension Notice | Name and address of lawful owner J.A.P. |
| 54. | Robins Financial Credit Union Charge Dispute Letter | Name, address, credit card number of lawful of J.A.P. |

|     | MAIL ITEM | IDENTIFYING INFORMATION |
|-----|-----------|-------------------------|
| 55. | Capital One Credit Card Statement | Name, address, and account number of lawful owner R.S. |
| 56. | IRS Tax Payment Notice | Name, address, and social security number of lawful owner R.D.S. |
| 57. | State Farm Bank Statement | Name, address, and account number of lawful owner R.D.S. |

all in violation of Title 18, United States Code, Section 1708.

A TRUE BILL.

/s/ Foreperson of the Grand Jury
FOREPERSON OF THE GRAND JURY

Presented by:

CHARLES E. PEELER
UNITED STATES ATTORNEY

_____
C. SHANELLE BOOKER
Assistant United States Attorney

Filed in open court this 15th day of August, 2018.

_____
Deputy Clerk

8